UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                                                                    :
GRANDE COMMUNICATIONS NETWORK LLC,                                  :
                                                                    :
                              Plaintiff,                            :
                                                                    :
            -v-                                                     :
                                                                    :
BMG RIGHTS MANAGEMENT (US) LLC,                                     :
                                                                    :
                              Defendant.                            :
                                                                    :
-------------------------------------------------------------------X

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 07/19/2018
```

18-MC-0315 (JMF)

ORDER

JESSE M. FURMAN, United States District Judge:

The Court resolved this case on the record at the conference held on July 17, 2018.  As

noted, the Court retains jurisdiction to enforce its rulings.

The Clerk of Court is directed to close the case.

SO ORDERED.

Dated: July 19, 2018
       New York, New York                         _____
                                                       JESSE M. FURMAN
                                                  United States District Judge